United States Bankruptcy Court
Middle District of North Carolina

In re:  
Hiawathia Berry Thomas  
      Debtor

Case No. 16-50952-lmj  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0418-6     User: davis     Page 1 of 1     Date Rcvd: Sep 14, 2016  
                         Form ID: 259     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.  
db          +Hiawathia Berry Thomas,   1610 NE Ashley School Circle,   Winston Salem, NC 27105-5443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
ust         +E-mail/Text: babncnotify@ncmba.uscourts.gov Sep 14 2016 18:30:41     William P. Miller,  
               Bankruptcy Administrator,   101 South Edgeworth Street,   Greensboro, NC 27401-6024  
                                                                                                                                                                       TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:  
           John T. Orcutt    on behalf of Debtor Hiawathia Berry Thomas postlegal@johnorcutt.com,  
            orcutt.john3@gmail.com  
           Kathryn L. Bringle,    office@chapter13ws.com  
                                                                                                                                                                                                                   TOTAL: 2

Form 259

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

226 S. Liberty Street
Winston−Salem, NC 27101

Bankruptcy Case No.: 16−50952

IN THE MATTER OF:
Hiawathia Berry Thomas     xxx−xx−8427
1610 NE Ashley School Circle
Winston Salem, NC 27105

   Debtor(s)

## ORDER FOR PAYMENT OF FILING FEE IN INSTALLMENTS

**IT APPEARING THAT** the debtor(s) filed an application for permission to pay the filing fee in this case in installments; that the filing fee for Chapter 13 is **$310** ; that the debtor(s) has paid $ 0.00 of this amount, leaving a balance due to be paid in the amount of $ 310.00 ; and after consideration of the application by the Court and for sufficient reasons appearing,

**IT IS ORDERED** that the debtor(s) pay the balance of the filing fee to the Office of the Clerk in the amount of $ 310.00 , as follows:

$ 104.00 on or before 10/3/16 ; and

$ 104.00 on or before 11/1/16 ; and

$ 102.00 on or before 12/1/16

**IT IS FURTHER ORDERED** that failure by the debtor(s) to pay the fee as provided in this order may result in the dismissal of this case with a 180−day bar to re−filing pursuant to § 109 (g) (1) of the Bankruptcy Code;

**IT IS FURTHER ORDERED** that if any installment payment required under this order is 1 day after the date on which the installment was due, this case shall be calendared for a dismissal hearing at which the Debtor(s) shall be required to show cause why this case should not be dismissed.

Dated: 9/14/16

*LENA MANSORI JAMES*
United States Bankruptcy Judge